Official Form 7
(8/10)

# UNITED STATES BANKRUPTCY COURT

| District | **DISTRICT OF** | Colorado |
|---|---|---|

In re     Real Time Worlds, Inc.    ,     Case No.     10-34014
         Debtor                                                 (if known)

# AMENDED STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

"*In business*." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"*Insider*." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.   Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                         SOURCE

See Question 1 Attachment.

---

**2.   Income other than from employment or operation of business**

None

☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                                                         SOURCE

See Question 2 Attachment.

---

**3.   Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None

☒

a. *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None

☐

b. *Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

See Question 3.b. Attachment.

---

None

☐

c. *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See Question 3.c. Attachment.

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☒

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None
☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case** . (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.   Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

See Question 9. Attachment.

**10.   Other transfers**

None
☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
☒

b. List all property transferred by debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.   Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

See Question 11. Attachment.

**12.   Safe deposit boxes**

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAME AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

See Question 12. Attachment

**13.   Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.   Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15.   Prior address of debtor**

None
☐

If the debtor has moved within the **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| See Question 15. Attachment | | |

---

**16.   Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17.   Environmental Information**

None
☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18.   Nature, location and name of business

None
☐

a. *If the debtor is an individual* , list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership* , list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation* , list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| See Question 18.a. Attachment. | | | | |

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19.   Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                       DATES OF SERVICES RENDERED

See Question 19.a. Attachment.

None
☐

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                  DATES SERVICES RENDERED

See Question 19.b. Attachment.

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                          ADDRESS

See Question 19.c. Attachment.

None

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                       DATE ISSUED

See Question  19.d. Attachment.

### 20.   Inventories

None
☒

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|                         |                         |                                                       |
|-------------------------|-------------------------|-------------------------------------------------------|
| DATE OF<br>INVENTORY    | INVENTORY<br>SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |

None ☒

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF<br>INVENTORY | NAME AND ADDRESSES<br>OF CUSTODIAN OF<br>INVENTORY RECORDS |
|----------------------|------------------------------------------------------------|

### 21.   Current Partners, Officers, Directors and Shareholders

None ☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME & ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|----------------|--------------------|------------------------|

None ☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME & ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|----------------|-------|---------------------------------------------|
| See Question 21.b. Attachment | | |

### 22.   Former partners, officers, directors and shareholders

None ☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☐

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS | TITLE | DATE OF TERMINATION |
|----------------|-------|---------------------|
| See Question 22.b. Attachment | | |

### 23.   Withdrawals from a partnership or distributions by a corporation

None ☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other prerequisite during **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group

None
☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds

None
☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____     Signature _____
                                  of Debtor

Date _____     Signature _____
                                  of Joint Debtor
                                  (if any)

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **\*9/24/2010**_____     Signature _____/s/ David Chapman_____

                                        _____David Chapman, Vice President of Fincane____
                                        Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

<u>    23  </u> continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____         _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____         _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.***

**Real Time Worlds, Inc.**                                                                    **10-34014**

### Statement of Financial Affairs
### Question 1 Attachment
### INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS

1.  The gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced and the gross amounts received during the two years immediately preceding this calendar year.

| AMOUNT | | SOURCE |
|---|---|---|
| - | | Net Sales 2008 |
| - | | Net Sales 2009 |
| - | | Net Sales YTD |
| $ | - | **Total** |

**Real Time Worlds, Inc.**                                                                                          **10-34014**

### Statement of Financial Affairs
### Question 2 Attachment

### INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS

2.  The amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.

| | AMOUNT | SOURCE |
|---|---|---|
| $ | 1,549,574.85 | Other Income 2008 |
| | 1,692,768.77 | Other Income 2009 |
| | 1,234,026.95 | Other Income YTD |
| $ | 4,476,370.57 | Total |

**Real Time Worlds, Inc.**                                                                          10-34014

## Statement of Financial Affairs
### Question 3. b.  Attachment
### PAYMENTS TO CREDITORS

3. b.  Payment or other transfer of all property that constitutes or is affected by such transfer, aggregating more than $5,475 to any creditor, made within 90 days immediately preceding the commencement of this case.

| NAME & ADDRESS OF CREDITOR | DATES OF PAYMENTS/TRANSFERS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| 5CA | | | |
| International BV | | | |
| Begijnekade 8, 3512 VV UtrechtThe Netherlands | | | |
| | 7/30/10 | 33,403.74 | |
| | 7/30/10 | 475.40 | |
| | | $33,879.14 | |
| American Express | | | |
| P.O. Box 650448 | | | |
| Dallas, TX  75265-0448 | | | |
| | 6/25/10 | $56,917.72 | |
| | 7/23/10 | 46,438.15 | |
| | 8/3/10 | 2,671.64 | |
| | | $106,027.51 | |
| Andrew Rapp | | | |
| 1280 Ithaca Drive | | | |
| Boulder, CO 80305 | | | |
| | 7/13/10 | 6,975.00 | |
| | 8/6/10 | 11,325.00 | |
| | 8/11/10 | 4,650.00 | |
| | | $22,950.00 | |
| BTG Mesirow Financial Consulting | | | |
| Atholl Exchange | | | |
| 6 Canning Street | | | |
| Edinburgh, EH# 8 EG | | | |
| | 8/4/10 | $30,000.00 | |
| | 8/11/10 | 31,808.00 | |
| | 8/12/10 | 50,000.00 | |
| | | $111,808.00 | |
| Ceridian | | | |
| 3311 E Old Shakoppee Rd | | | |
| Bloomington, MN, 44425 | | | |
| | 6/21/10 | 145.34 | |
| | 6/21/10 | 30.00 | |
| | 6/29/10 | 125,687.89 | |
| | 7/6/10 | 143.62 | |
| | 7/15/10 | 127,379.95 | |

**Real Time Worlds, Inc.**                                                              10-34014

## Statement of Financial Affairs
### Question 3. b.  Attachment
## PAYMENTS TO CREDITORS

3. b.  Payment or other transfer of all property that constitutes or is affected by such transfer, aggregating more than $5,475 to any creditor, made within 90 days immediately preceding the commencement of this case.

| NAME & ADDRESS OF CREDITOR | DATES OF PAYMENTS/TRANSFERS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | 9/20/10 | 96.34 | |
| | | **$641,451.83** | |
| Citron WorkSpaces | | | |
| 197 S. 104th Street, Suite C | | | |
| Louisville, CO  80027 | | | |
| | 7/13/10 | $13,942.35 | |
| | | **$13,942.35** | |
| Cyber Creations | | | |
| 73-5563 Olowalu Street# B203 | | | |
| Kailua Kona, HI 96740 | | | |
| | 6/21/10 | $6,000.00 | |
| | | **$6,000.00** | |
| Dell Marketing, L.P. | | | |
| c/o Dell USA L.P. | | | |
| PO Box 802816 | | | |
| Chicago, IL 60680-2816 | | | |
| | 6/25/10 | 29,844.62 | |
| | 7/15/10 | 948.04 | |
| | | **$30,792.66** | |
| Employee Fiduciary | | | |
| P.O. Box 3144 | | | |
| Mobile, AL  36652-3144 | | | |
| | 7/2/10 | 6,733.96 | |
| | 7/15/10 | 6,733.96 | |
| | 7/22/10 | 375.00 | |
| | 7/31/10 | 6,993.97 | |
| | 8/1/10 | 6,229.63 | |
| | 8/12/10 | 5,918.97 | |
| | 9/15/10 | 1,100.00 | |
| | 9/15/10 | 300.00 | |
| | | **$34,385.49** | |

**Real Time Worlds, Inc.**                                                                                      10-34014

Statement of Financial Affairs

Question 3. b.  Attachment

PAYMENTS TO CREDITORS

3. b.  Payment or other transfer of all property that constitutes or is affected by such transfer, aggregating more than $5,475 to any creditor, made within 90 days immediately preceding the commencement of this case.

| NAME & ADDRESS OF CREDITOR | DATES OF PAYMENTS/TRANSFERS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Ernst & Young<br>370 17th St, #3300<br>Denver, CO 80202 | | | |
| | 7/7/10 | $32,895.97 | |
| | | $32,895.97 | |
| Ernst & Young Gmbh<br>Mittlerer Pfad 15 70499<br>Stuttgart Postfach 31 16 20<br>70476, Stuttgart, Germany | | | |
| | 7/23/10 | $14,162.41 | |
| | | $14,162.41 | |
| Flatiron Capital Dept<br>2195 Denver, Colorado 80301 | | | |
| | 8/10/10 | $23,767.09 | |
| | | $23,767.09 | |
| Flood & Peterson Insurance, Inc.<br>2000 S. Colorado Blvd.<br>Tower One, Suite 1-4000<br>Denver, CO  80222 | | | |
| | 7/29/10 | 15,772.00 | |
| | 8/26/10 | 4,348.00 | |
| | | $20,120.00 | |
| Gunderson Dettmer<br>1200 Seaport Blvd.<br>Redwood City, CA  94063 | | | |
| | 6/25/10 | 3,248.50 | |
| | | $3,248.50 | |
| Hyung Suk Rhyou #836<br>8th Floor Sewang Dev Building, 890-34<br>Daechi-dong, Gangnam-gu, Seoul 135-839 Korea | | | |
| | 7/6/10 | 5,500.00 | |
| | | $5,500.00 | |
| IDG Entertainment, Inc.<br>501 Second Street,<br>Suite 114, San Francisco, CA 94107 | | | |
| | 6/21/10 | $18,001.80 | |
| | | $18,001.80 | |

**Real Time Worlds, Inc.**                                                                    10-34014

## Statement of Financial Affairs
### Question 3. b.  Attachment
### PAYMENTS TO CREDITORS

3. b.  Payment or other transfer of all property that constitutes or is affected by such transfer, aggregating more than $5,475 to any creditor, made within 90 days immediately preceding the commencement of this case.

| NAME & ADDRESS OF CREDITOR | DATES OF PAYMENTS/TRANSFERS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Intergi | | | |
| 1000 E. Hillsboro Bvd, Suite 201 | | | |
| Deerfield Beach, FL 33441 | | | |
| | 6/22/10 | $60,000.00 | |
| | | **$60,000.00** | |
| Internap Network Services Corporation | | | |
| 250 Williams Street | | | |
| Atlanta, GA 30303 | | | |
| | 6/22/10 | $159,733.33 | |
| | 6/25/10 | 149,750.20 | |
| | 7/22/10 | 314,676.50 | |
| | | **$624,160.03** | |
| Lewan & Associates Inc. | | | |
| 1400 So. Colorado Blvd. | | | |
| P.O. Box 22855 | | | |
| Denver, CO 80222 | | | |
| | 7/1/10 | $8,378.00 | |
| | | **$8,378.00** | |
| Neeraj Khadakkar | | | |
| 970 McIntire Street | | | |
| Boulder, CO 80303 | | | |
| | 7/13/10 | $5,700.00 | |
| | 8/11/10 | 4,500.00 | |
| | | **$10,200.00** | |
| MTV Networks | | | |
| 1515 Broadway | | | |
| New York, NY 10036 | | | |
| | 6/22/10 | $25,000.00 | |
| | | **$25,000.00** | |
| nGenera CIM Corp | | | |
| Dept 2426 | | | |
| PO Box 122426 | | | |
| Dallas TX 75312-2426 | | | |
| | 6/25/10 | $9,972.79 | |
| | | **$9,972.79** | |
| Proskauer Rose LLP | | | |
| 1001 Pennsylvania Avenue | | | |
| NW Suite 400 , South | | | |
| Washington, DC 20004 | | | |
| | 7/29/10 | $20,000.00 | |
| | 8/11/10 | 91,285.15 | |
| | 8/12/10 | 50,000.00 | |
| | | **$161,285.15** | |

**Real Time Worlds, Inc.**                                                                                    10-34014

## Statement of Financial Affairs
### Question 3. b.  Attachment
### PAYMENTS TO CREDITORS

3. b.  Payment or other transfer of all property that constitutes or is affected by such transfer, aggregating more than $5,475 to any creditor, made within 90 days immediately preceding the commencement of this case.

| NAME & ADDRESS OF CREDITOR | DATES OF PAYMENTS/TRANSFERS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Realtime Worlds, Ltd. | | | |
| 152 West Market Gate | | | |
| Dundee DD1-1NJ Scotland | | | |
| | 7/6/10 | $500,000.00 | |
| | | $500,000.00 | |
| Robert Half Finance & Accounting | | | |
| File 73484 P.O. BOX 60000 | | | |
| San Francisco, CA 94160-3484 | | | |
| | 6/25/10 | 3,480.00 | |
| | 7/1/10 | 3,480.00 | |
| | 7/13/10 | 3,480.00 | |
| | 7/15/10 | 3,480.00 | |
| | 7/22/10 | 2,784.00 | |
| | 7/29/10 | 3,480.00 | |
| | 8/6/10 | 3,480.00 | |
| | 8/11/10 | 3,480.00 | |
| | | $27,144.00 | |
| Service By Air, Inc. | | | |
| P.O. Box 7777 | | | |
| Old Bethpage, N.Y. 11804-0060 | | | |
| | 7/1/10 | $1,902.76 | |
| | 7/22/10 | $1,772.84 | |
| | | $3,675.60 | |
| Triplepoint | | | |
| 2755 Sand Hill Rd., Ste 150 | | | |
| Menlo Park, CA 94025 | | | |
| | 6/30/10 | 383,619.87 | |
| | 6/30/10 | 9,114.78 | |
| | 6/30/10 | 20,121.82 | |
| | 6/30/10 | 121.52 | |
| | 6/30/10 | 5,831.14 | |
| | 6/30/10 | 8,930.97 | |
| | 7/1/10 | 6,229.63 | |
| | 7/1/10 | 467.85 | |
| | 7/1/10 | 605.11 | |
| | 7/1/10 | 45.44 | |
| | 7/1/10 | 4,935.15 | |
| | 7/1/10 | 4,710.36 | |
| | 7/1/10 | 378.13 | |
| | 7/1/10 | 2,117.06 | |
| | 7/1/10 | 171.51 | |
| | 7/1/10 | 19,852.95 | |
| | 7/1/10 | 1,632.43 | |
| | 7/1/10 | 694.02 | |
| | 7/1/10 | 54.37 | |
| | 7/1/10 | 525.53 | |
| | 7/1/10 | 39.47 | |
| | 7/1/10 | 10,452.97 | |

**Real Time Worlds, Inc.**                                                                                      10-34014

### Statement of Financial Affairs

### Question 3. b.  Attachment

### PAYMENTS TO CREDITORS

3. b.  Payment or other transfer of all property that constitutes or is affected by such transfer, aggregating more than $5,475 to any creditor, made within 90 days immediately preceding the commencement of this case.

| NAME & ADDRESS OF CREDITOR | DATES OF PAYMENTS/TRANSFERS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | 7/1/10 | 11,645.98 | |
| | 7/1/10 | 512.70 | |
| | 7/1/10 | 1,922.60 | |
| | 7/1/10 | 787.39 | |
| | 7/30/10 | 48.02 | |
| | 7/30/10 | 3.61 | |
| | 7/31/10 | 383,619.87 | |
| | 7/31/10 | 9,114.78 | |
| | 7/31/10 | 20,121.82 | |
| | 7/31/10 | 5,831.14 | |
| | 7/31/10 | 121.52 | |
| | 7/31/10 | 8,930.97 | |
| | 7/31/10 | 3,007.86 | |
| | 8/1/10 | 467.85 | |
| | 8/1/10 | 605.11 | |
| | 8/1/10 | 45.44 | |
| | 8/1/10 | 4,935.15 | |
| | 8/1/10 | 4,710.36 | |
| | 8/1/10 | 378.13 | |
| | 8/1/10 | 2,117.06 | |
| | 8/1/10 | 171.51 | |
| | 8/1/10 | 19,852.95 | |
| | 8/1/10 | 1,632.43 | |
| | 8/1/10 | 694.02 | |
| | 8/1/10 | 54.37 | |
| | 8/1/10 | 525.53 | |
| | 8/1/10 | 39.47 | |
| | 8/1/10 | 1,922.60 | |
| | 8/1/10 | 787.39 | |
| | 8/1/10 | 2,064.00 | |
| | 8/1/10 | 72.04 | |
| | 8/1/10 | 5.41 | |
| | 8/2/10 | 11,645.98 | |
| | 8/16/10 | 1,220,117.97 | |
| | 8/16/10 | 93,392.37 | |
| | 8/27/10 | 50,000.00 | |
| | | **$2,342,557.48** | |
| United HealthCare Insurance Company Dept. CH 10151 Palatine, IL  60055-0151 | | | |
| | 6/25/10 | $21,643.00 | |
| | 7/23/10 | 25,152.88 | |
| | 8/26/10 | 5,485.88 | |
| | | **$52,281.76** | |
| Valmont Building, LLC c/o Susan Chrisman 3434 47th Street, Suite 200 Boulder, CO 80301 | | | |

**Real Time Worlds, Inc.**                                                                                          10-34014

### Statement of Financial Affairs
### Question 3. b.  Attachment
### PAYMENTS TO CREDITORS

3. b.  Payment or other transfer of all property that constitutes or is affected by such transfer, aggregating more than $5,475 to any creditor, made within 90 days immediately preceding the commencement of this case.

| NAME & ADDRESS OF CREDITOR | DATES OF PAYMENTS/TRANSFERS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | 6/25/10 | $16,459.90 | |
| | 7/22/10 | 16,459.90 | |
| | | **$32,919.80** | |
| Van Gogh Signs | | | |
| 5100 N Florida Ave. | | | |
| Tampa, Florida 33603 | | | |
| | 6/29/10 | 10,279.85 | |
| | 7/29/10 | 375.00 | |
| | | **$10,654.85** | |
| Wonacott Communications, | | | |
| LLC 11835 West Olympic Blvd., #415 | | | |
| Los Angeles, CA  90064 | | | |
| | 7/9/10 | $15,941.58 | |
| | 7/22/10 | 10,547.30 | |
| | | **$26,488.88** | |
| Xcel Energy | | | |
| P.O. Box 9477 | | | |
| MPLS, MN  55484-9477 | | | |
| | 7/27/10 | $2,965.25 | |
| | 8/26/10 | 3,053.23 | |
| | | **$6,018.48** | |

**Real Time Worlds, Inc.**                                                                 10-34014

## Statement of Financial Affairs

### Question 3. c.  Attachment

### PAYMENTS TO CREDITORS WHO ARE INSIDERS

3. c.  Payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.

| NAME & ADDRESS OF CREDITOR | RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | | AMOUNT STILL OWING | |
|---|---|---|---|---|---|---|
| Anthony Harman | President | | | | | |
| 5337 Pine Valley Court | | | | | | |
| Boulder, CO 80301 | | 9/15/2009 | $ | 9,166.66 | $ | - |
| | | 9/30/2009 | | 9,166.66 | | - |
| | | 10/15/2009 | | 9,166.66 | | - |
| | | 10/31/2009 | | 9,166.66 | | - |
| | | 11/15/3009 | | 9,166.66 | | - |
| | | 11/30/2009 | | 9,166.66 | | - |
| | | 12/15/2009 | | 9,166.66 | | - |
| | | 12/31/2009 | | 9,166.66 | | - |
| | | 1/15/2010 | | 9,166.66 | | - |
| | | 1/31/2010 | | 9,166.66 | | - |
| | | 2/15/2010 | | 9,166.66 | | - |
| | | 2/28/2010 | | 9,166.66 | | - |
| | | 3/15/2010 | | 9,166.66 | | - |
| | | 3/31/2010 | | 9,166.66 | | - |
| | | 4/15/2010 | | 9,166.66 | | - |
| | | 4/30/2010 | | 9,166.66 | | - |
| | | 5/15/2010 | | 9,166.66 | | - |
| | | 5/31/2010 | | 9,166.66 | | - |
| | | 6/15/2010 | | 9,166.66 | | - |
| | | 6/30/2010 | | 9,166.66 | | - |
| | | 7/15/2010 | | 9,166.66 | | - |
| | | 7/31/2010 | | 9,166.66 | | - |
| | | 8/15/2010 | | 9,166.66 | | - |
| | | 8/31/2010 | | 1,222.22 | | - |
| | | 9/3/2010 | | - | | - |
| | | 9/21/2010 | | 3,753.61 | | 0.00 |
| | | | $ | 215,809.01 | $ | - |
| David Chapman | VP Finance | | | | | |
| 2495 Glenwood Drive | | | | | | |
| Boulder, CO 80304 | | 9/15/2009 | $ | 6,395.83 | $ | - |
| | | 9/30/2009 | | 6,395.83 | | - |
| | | 10/15/2009 | | 6,395.83 | | - |

**Real Time Worlds, Inc.**                                                                 10-34014

**Statement of Financial Affairs**

**Question 3. c.  Attachment**

**PAYMENTS TO CREDITORS WHO ARE INSIDERS**

3. c.  Payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.

| NAME & ADDRESS OF CREDITOR | RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|---|
| | | 4/30/2010 | 6,395.83 | - |
| | | 5/15/2010 | 6,395.83 | - |
| | | 5/31/2010 | 6,395.83 | - |
| | | 6/15/2010 | 6,395.83 | - |
| | | 6/30/2010 | 6,395.83 | - |
| | | 7/15/2010 | 6,395.83 | - |
| | | 7/31/2010 | 6,395.83 | - |
| | | 8/15/2010 | 6,395.83 | - |
| | | 8/31/2010 | 6,395.83 | - |
| | | 9/3/2010 | 1,279.17 | - |
| | | 9/17/2010 | 12,365.27 | |
| | | 9/21/2010 | 7,034.90 | |
| | | | $ 174,179.26 | $ - |

**Real Time Worlds, Inc.**                                                                                    10-34014

### Statement of Financial Affairs

#### Question 9 Attachment

### PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

9.  Payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY | |
|---|---|---|---|
| BTG Mesirow Financial Consulting | 08/04/10 | $ | 30,000.00 |
| Atholl Exchange | 08/11/10 | | 31,808.00 |
| 6 Canning Street | 08/12/10 | | 50,000.00 |
| Edinburgh, EH# 8 EG | | $ | 111,808.00 |
| | | | |
| Mesirow Financial Consulting | 09/16/10 | $ | 13,220.00 |
| 353 North Clark Street | | $ | 13,220.00 |
| Chicago, Illinois 60654 | | | |
| | | | |
| Proskauer Rose LLP | 07/29/10 | $ | 40,000.00 |
| 1585 Broadway | | $ | 40,000.00 |
| New York, NY 10036 | | | |

**Real Time Worlds, Inc.**                                                                      10-34014

### Statement of Financial Affairs

### Question 11 Attachment

### CLOSED FINANCIAL ACCOUNTS

11. List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF INSTITUTION | TYPE OF ACCOUNT | LAST FOUR DIGITS OF ACCOUNT NUMBER | AMOUNT OF FINAL BALANCE TRANSFERRED OR SOLD | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|---|---|
| First Bank Boulder<br>6500 Lookout Rd<br>Boulder, CO 80301 | Liquid Asset Account | 1091 | $            - | 08/20/10 |
| First Bank Boulder<br>6500 Lookout Rd<br>Boulder, CO 80301 | Checking | 6634 | $        17.51 | 08/20/10 |

**Real Time Worlds, Inc.**                                                                                      **10-34014**

## Statement of Financial Affairs

### Question 12 Attachment

### SAFE DEPOSIT BOXES

12. Safe deposit or other boxes or depositories in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case

| NAME & ADDRESS OF BANK OR OTHER DEPOSITORY | NAME & ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| First Bank Boulder<br>6500 Lookout Rd<br>Boulder, CO 80301 | David Chapman<br>2495 Glenwood Drive<br>Boulder, CO 80304 | Empty | NA |

**Real Time Worlds, Inc.**                                                                 **10-34014**

## Statement of Financial Affairs

### Question 15 Attachment

### PRIOR ADDRESS OF DEBTOR

15.  Premises which the debtor occupied during the three years immediately preceding the commencement of this case and vacated prior to the commencement of this case.

| ADDRESS | NAME USED | DATES OF OCCUPANCY | |
| --- | --- | --- | --- |
| | | FROM | TO |
| 6654 Gunpark Dr<br>Suite 200<br>Boulder, CO 80301 | Realtime Worlds Inc. | March-07 | August-08 |
| 5480 Valmont Rd<br>Suite 350<br>Boulder. CO 80301 | Realtime Worlds Inc. | August-08 | Current |

Real Time Worlds, Inc.                                                                                              10-34014

## Statement of Financial Affairs

### Question 18. a. Attachment

### NATURE, LOCATION AND NAME OF BUSINESS

18. a.  Names, addresses, taxpayer identification numbers, nature of businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYOR I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | DATES OF OPERATION | |
|------|------|------|------|------|------|
| | | | | BEGINNING | ENDING |
| Realtime Worlds Limited | 4522175119503 | 152 West Market Gate<br>Dundee DD1-1NJ Scotland | Wholly Owned Subsidiary | 11/23/01 | NA |
| Realtime Worlds Korea | NA | Ingok Building, 4th Floor<br>270-5 Dangsan-dong 3-ga<br>Yeongdeungpo-gu, Seoul, Korea | Wholly Owned Subsidiary | February-07 | 03/11/10 |

**Real Time Worlds, Inc.**                                                                          10-34014

## Statement of Financial Affairs
### Question 19. a. Attachment
### KEEPERS OF THE BOOKS OF ACCOUNT AND RECORDS

19. a.  Bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME | ADDRESS | DATES OF SERVICES RENDERED |
| --- | --- | --- |
| David Chapman | 5480 Valmont Rd., Ste. 350<br>Boulder, CO 80301 | August 2008-Present |

**Real Time Worlds, Inc.**                                                                                    10-34014

## Statement of Financial Affairs

### Question 19. b. Attachment

### AUDITORS AND PREPARERS OF FINANCIAL STATEMENTS

19. b.  Firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES OF SERVICES RENDERED |
|------|---------|----------------------------|
| Grant Thorton LLP | P.O. Box 51552<br>Los Angeles, CA 90051-5852 | Fiscal years 2008 and 2009 |

**Real Time Worlds, Inc.**                                                                                     10-34014

### Statement of Financial Affairs

#### Question 19. c.  Attachment

### LOCATION OF BOOKS OF ACCOUNT AND RECORDS

19. c.  Firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.

| NAME | ADDRESS |
| --- | --- |
| David Chapman | 5480 Valmont Rd., Ste. 350<br>Boulder, CO 80301 |

**Real Time Worlds, Inc.**                                                      10-34014

## Statement of Financial Affairs
### Question 19. d.  Attachment
### FINANCIAL STATEMENTS ISSUED

19. d.  Financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years
immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| TriplePoint Capital LLC<br>2755 Sand Hill Rd., Ste 150<br>Menlo Park, CA 94025 | 7/30/2010 |
| TriplePoint Capital LLC<br>2755 Sand Hill Rd., Ste 150<br>Menlo Park, CA 94025 | 7/1/2010 |
| TriplePoint Capital LLC<br>2755 Sand Hill Rd., Ste 150<br>Menlo Park, CA 94025 | 5/20/2010 |
| TriplePoint Capital LLC<br>2755 Sand Hill Rd., Ste 150<br>Menlo Park, CA 94025 | 5/4/2010 |
| TriplePoint Capital LLC<br>2755 Sand Hill Rd., Ste 150<br>Menlo Park, CA 94025 | 3/24/2010 |
| TriplePoint Capital LLC<br>2755 Sand Hill Rd., Ste 150<br>Menlo Park, CA 94025 | 2/18/2010 |
| TriplePoint Capital LLC<br>2755 Sand Hill Rd., Ste 150<br>Menlo Park, CA 94025 | 2/8/2010 |
| TriplePoint Capital LLC<br>2755 Sand Hill Rd., Ste 150<br>Menlo Park, CA 94025 | 12/22/2009 |

**Statement of Financial Affairs**

**Question 19. d.  Attachment**

**FINANCIAL STATEMENTS ISSUED**

19. d.  Financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| TriplePoint Capital LLC<br>2755 Sand Hill Rd., Ste 150<br>Menlo Park, CA 94025 | 9/14/2009 |
| TriplePoint Capital LLC<br>2755 Sand Hill Rd., Ste 150<br>Menlo Park, CA 94025 | 8/25/2009 |

**Real Time Worlds, Inc.**                                                                                        10-34014

**Statement of Financial Affairs**

**Question 21. b. Attachment**

**CURRENT OFFICERS, DIRECTORS AND SHAREHOLDERS**

21. b. Current officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE OF STOCK OWNERSHIP | PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|---|
| Gary Dale<br>18 Fort Road<br>Guildford, Surrey GU13TD U | CEO, Realtime Worlds | NA | NA |
| Ian Hetherington<br>Brickhouse Farm<br>Smithy  Lane<br>Hulme Walfield<br>CONGLETON<br>CW12 2JG | Chairman, Realtime Worlds | NA | NA |
| Nick Lawler<br>300 Crescent Court, 17th Floor<br>Dallas, TX  75201 | Director, Realtime Worlds | NA | NA |
| Dave Jones<br>152 West Marketgait<br>Dundee DD1 1NJ  UK | Chief Creative Officer, Realtime Worlds | Common Stock | 24.10% |
| Anthony Harman<br>5337 Pine Valley Court<br>Boulder, CO 80301 | President | Common Stock | 6.00% |
| Ogier Trustee (Jersey) Limited | Investor | Common Stock | 5.90% |
| New Enterprise Associates 12<br>2490 Sand Hill Road<br>Menlo Park, CA 94025 | Investor | Preferred Stock | 21.80% |
| Maverick Fund<br>300 Crescent Court, 17th Floor<br>Dallas, TX  75201 | Investor | Preferred Stock | 8.70% |

**Real Time Worlds, Inc.**                                                           10-34014

### Statement of Financial Affairs
### Question 22. b. Attachment
### FORMER OFFICERS, DIRECTORS AND SHAREHOLDERS

22. b.  Officers and directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Harry Weller | 5425 Wisconsin Ave<br>Suite 800<br>Chevy Chase, MD 20815 | 8/16/2010 |
| Patrick Chung | Patrick Chung<br>2855 Sand Hill Road<br>Menlo Park, CA 94025 | 8/16/2010 |