UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Honorable Sidney B. Brooks

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| REALTIME WORLDS, INC. | ) | Case No. 10-34014 SBB |
| EIN:  20-5740433 | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

_____

INTERIM TRUSTEE'S REJECTION OF EXECUTORY CONTRACT
_____

Comes now the Interim Trustee and pursuant to 11 U.S.C. §365 seeks authority to reject the lease of the debtor in commercial office space located at 5480 Valmont Road, #350, Boulder, Colorado.  In support it is stated:

1. The debtor filed a Chapter 7 petition on September 22, 2010.  At that time the debtor occupied business premises at 5480 Valmont Road, #350, Boulder, Colorado, pursuant to an unexpired written lease.  The debtor's business operations at the leased premises have ceased and the assets remaining there are presently believed to be subject to a perfected security interest.

2. The Interim Trustee believes that the lease has no value to the bankruptcy estate and the premises are not necessary to protect property of the estate.

Wherefore the Interim Trustee requests that the Court authorize his rejection of the above described executory contract as provided in 11 U.S.C. §365.

Date:  October 5, 2010

      /s/    Glen R. Anstine
Glen R. Anstine
Chapter 7 Interim Trustee
4704 Harlan Street, Suite 320
Denver, Colorado  80212
303/477-1777         FAX 303/477-0877

CERTIFICATE OF SERVICE

      The undersigned certifies that on October 5, 2010, I served by prepaid first class mail a copy of the Interim Trustee's Rejection of Executory Contract, notice and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to Fed. R. Bankr. P. and these L.B.R. at the following addresses:

US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202-2415

Valmont Building LLC
c/o Susan Chrisman
3434 47th St., #200
Boulder, CO 80301

Carl A. Eklund, Esq.
Ballard Spahr LLP
1225 17th St., Ste. 2300
Denver, CO 80202

Philip A. Pearlman
1775 Sherman St.
Ste. 2000
Denver, CO 80203

Realtime Worlds, Inc.
5480 Valmont Road, Suite 350
Boulder, CO 80301

                                            /s/ Teresa C. Kwapniewski